ALLEN v. KING.

AFFIRMANCE.
The judgment of the court of appeals is affirmed.

*Error to the Court of Appeals.*

Mr. G. M. ALLEN, *pro se.*

Mr. C. C. POST, for defendant in error.

PER CURIAM. This case is brought here by writ of error to a judgment of the court of appeals, rendered in the case of *Allen v. King,* 4 Colo. App. 319. For the reasons set forth in its opinion, the judgment of the court of appeals is affirmed.

*Affirmed.*